FILED

2013 JAN 16 PM 2: 58

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | CASE NO. 3:13 CR 38 |
| ) | |
| ) | JUDGE Zouhary |
| ) | |
| v. ) | VIOLATIONS |
| ) | Title 18, § 922(g)(1); |
| RICHARD SCHMIDT, ) | Title 18, § 931(a); |
| ) | Title 18, § 2320(a)(1); |
| Defendant. ) | United States Code |
| ) | |

COUNT 1

The Grand Jury charges:

On or about December 21, 2012, in the Northern District of Ohio, Western Division, RICHARD SCHMIDT, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is manslaughter, on March 3, 1990, in the Lucas County Court of Common Pleas, case number CR896976, did knowingly possess in and affecting interstate commerce five firearms, to-wit: a Ruger P95 9 millimeter pistol, serial number 314-70553; a Ruger P95 9 millimeter pistol, serial number 316-36692; a Sig Sauer, P250 9 millimeter

1

pistol, serial number EAK04753; a Taurus PT145 pistol, serial number NAU98190; and approximately 300 rounds of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

The Grand Jury further charges:

On or about December 28, 2012, in the Northern District of Ohio, Western Division, RICHARD SCHMIDT, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is manslaughter, on March 3, 1990, in the Lucas County Court of Common Pleas, case number CR896976, did knowingly possess in and affecting interstate commerce fifteen firearms, to-wit: a Stag Arms AR-15 rifle, serial number 143907; an Armalite AR-10 rifle, serial number US236217; a Mossberg 500 12 gauge shotgun, serial number R842087; a Remington 870 Express 12 gauge shotgun, serial number A299449M; a Winchester M94 30/30 rifle, serial number 3842894; a Winchester M190 .22 caliber rifle, serial number B1805908; a Remington M700 rifle, serial number A6819230; a Mossberg M535 12 gauge shotgun, serial number AT134793; a Russian American Armory SAIGA 12 gauge shotgun, serial number H09411011; a Federal Arms Corporation FA 91 .308 caliber rifle, serial number 004354; an Eagle Arms 5.56 caliber rifle, serial number EA-151376; a Rock River Arms AR-15 rifle, serial number 96205; a Ruger Mark II pistol, serial number 19-30718; a Sturm-Ruger .375 magnum pistol, serial number

150-53888; and approximately 40,188 rounds of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

The Grand Jury further charges:

On or about December 28, 2012, in the Northern District of Ohio, Western Division, RICHARD SCHMIDT knowingly possessed body armor after having been previously convicted of an offense under State law that constituted a crime of violence if it occurred within the special maritime and territorial jurisdiction of the United States, that is manslaughter, on March 3, 1990, in the Lucas County Court of Common Pleas, case number CR896976.

All in violation of Title 18, United States Code, Section 931(a).

## COUNT 4

The Grand Jury further charges:

On or about September 30, 2011, through on or about December 21, 2012, inclusive, in the Northern District of Ohio, Western Division, RICHARD SCHMIDT did intentionally traffic and attempt to traffic in goods, specifically clothing and hats, while knowingly using, on and in connection with such goods counterfeit marks, to wit: spurious marks identical to and substantially indistinguishable from the logos and/or brand name markings of the National Football League, Nike, Reebok, and Louis Vuitton, marks that were in use and registered for those goods and services on the

principal register of the United States Patent and Trademark Office, the use of which counterfeit marks was likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, Section 2320(a)(1).

A TRUE BILL.

Original Document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.